IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:11-cv-00051-F

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> IVAN POWELL; CANDACE POWELL; CARLTON GROUP OF NORTH CAROLINA, LLC; CARLTON CONSTRUCTION CORP. PENSION FUND; MURDOCK AND GANNON CONSTRUCTION, INC.; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; NATIONWIDE TRUSTEE SERVICES, INC; CACH, LLC; GRANITE RIDGE SUBDIVISION HOMEOWNERS ASSOCIATION, INC., <br><br> Defendants. | **ORDER FOR ENTRY OF DEFAULT AS TO CACH, LLC** |

THIS MATTER came before the Court on Plaintiff's Motion for Entry of Default as to Defendant Cach, LLC. [DE 42] The Court finds that an evidentiary hearing is not required, the matter is otherwise ripe for review and finds as follows:

**PROCEDURAL BACKGROUND**

On February 2, 2011, Plaintiff filed suit against Defendants for reformation of instruments of title and foreclosure, [Doc 1] to which summons issued as to Defendant Cach, LLC ["Defendant Cach"], served upon Defendant Cach on February 16, 2011. [Doc 31]

Defendant Cach failed to file responsive pleadings as required by Fed. R. Civ. P. 12. and is in default of the Complaint.

Pursuant to Fed. R. Civ. P. 55 (a) Plaintiff is entitled to entry of Clerk's Default as to its Complaint against the Defendant Cach.

### CONCLUSION

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default as to Cach is GRANTED.

this 29th day of August 2011.

DENNIS P. IAVARONE, CLERK

Cc:
Andrew R. Bickwit
Attorneys for Plaintiff
JOHNSON & FREEDMAN, LLC
1587 Northeast Expressway
Atlanta, Georgia 30329
Telephone: (770) 234-9181 x8837
Facsimile: (404) 329-8048
Email: arbickwit@jflegal.com
North Carolina Bar No. 13255

Ivan Powell
2701 Cabochon Diamond Court
Raleigh, North Carolina 27610
Defendant pro-*se*

Candace Powell
2701 Cabochon Diamond Court
Raleigh, North Carolina 27610
Defendant *pro-se*

Carlton Group of North Carolina, LLC
c/o its registered agent:
Robert J. Mermelstein
5882 Faringdon Place, Suite 200
Raleigh, North Carolina 27609
Defendant *pro-se*

Carlton Construction Corporation
Pension Funds c/o its registered agent
Lay, Melrose Seago & PA
2775 Hwy 74 East
Sylva, North Carolina 28779
Defendant *pro-se*

Murdock & Gannon Construction, Inc.
c/o its registered agent
Stephen Gannon
4422 Iyar Way
Wake Forest, North Carolina 27587
Defendant *pro-se*

Seth M. Wood, P.C.
Civil Division, 310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461
United States Department of Housing
And Urban Development
Attorney for Defendant

Nationwide Trustee Services, Inc.
c/o its registered agent
National Registered Agents, Inc.
2300 Hillsboro Road, Suite 305
Nashville, Tennessee 37212
Defendant *pro-se*

Cach, LLC.
c/o its registered agent
Corporation Company
1675 Broadway, Suite 1200
Denver, Colorado 80202
Defendant *pro-se*

Granite Ridge Subdivision
Homeowners Association c/o
its registered agent Edward J. Bedford
5915 Farrington Road, #104
Chapel Hill, North Carolina 27517