UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP F/K/A ) <br> COUNTRYWIDE HOME LOANS SERVICING, ) <br> LP ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> IVAN POWELL; CANDACE POWELL; ) <br> CARLTON GROUP OF NORTH CAROLINA, LLC;) <br> CARLTON CONSTRUCTION CORP. PENSION ) <br> FUND; MURDOCK AND GANNON ) <br> CONSTRUCTION, INC.; UNITED STATES ) <br> DEPARTMENT OF HOUSING & URBAN ) <br> DEVELOPMENT; NATIONWIDE TRUSTEE ) <br> SERVICES, INC.; CACH, LLC; GRANITE ) <br> RIDGE SUBDIVISION HOMEOWNERS ) <br> ASSOCIATION, INC., ) <br>     Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:11-CV-51-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion for default judgment/final judgment is hereby ALLOWED;

**This Judgment Filed and Entered on June 20, 2012, and Copies To:**

Andrew R. Bickwit (via CM/ECF Notice of Electronic Filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)


DATE                                  JULIE A. RICHARDS, CLERK
June 20, 2012                      /s/ Susan K. Edwards
                                        (By) Susan K. Edwards, Deputy Clerk