UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BAC HOME LOANS SERVICING, LP F/K/A )
COUNTRYWIDE HOME LOANS SERVICING, )
LP )
      Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
     v. ) **CASE NO. 5:11-CV-51-F**
)
IVAN POWELL; CANDACE POWELL; )
CARLTON GROUP OF NORTH CAROLINA, LLC;)
CARLTON CONSTRUCTION CORP. PENSION )
FUND; MURDOCK AND GANNON )
CONSTRUCTION, INC.; UNITED STATES )
DEPARTMENT OF HOUSING & URBAN )
DEVELOPMENT; NATIONWIDE TRUSTEE )
SERVICES, INC.; CACH, LLC; GRANITE )
RIDGE SUBDIVISION HOMEOWNERS )
ASSOCIATION, INC., )
      Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion for default judgment/final judgment is hereby ALLOWED;

**This Judgment Filed and Entered on June 20, 2012, and Copies To:**

Andrew R. Bickwit (via CM/ECF Notice of Electronic Filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)


DATE                               JULIE A. RICHARDS, CLERK
June 20, 2012                     /s/ Susan K. Edwards
                                  (By) Susan K. Edwards, Deputy Clerk